820 P.2d 643

**Anna Marie BAN and Ronald Rikkio Ban, Petitioners,**

v.

**Honorable John M. QUIGLEY, a judge Pro Tempore for the Superior Court of the State of Arizona, County of Pima, Respondent.**

**and**

**Mark FRAUENFELD, Real Party in Interest.**

**No. CV–90–0510–PR.**

Supreme Court of Arizona.

Oct. 31, 1991.

ORDER

Upon stipulation of counsel and good cause appearing,

IT IS ORDERED that the Real Party In Interest's Petition for *Review* is *dismissed.*

IT IS FURTHER ORDERED vacating the oral argument set on November 8, 1991.